STATE v. MAVROGIANIS

No. 275P82.

Case below: 57 N.C. App. 178.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 August 1982.

STATE v. PILAND

No. 419P82.

Case below: 58 N.C. App. 95.

Petition by defendant for discretionary review under G.S. 7A-31 denied 25 August 1982. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 25 August 1982.

STATE v. SHACKLEFORD

No. 466P82.

Case below: 56 N.C. App. 815.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 25 August 1982.

STATE v. SHERRILL

No. 412P82.

Case below: 57 N.C. App. 601.

Petition by defendant for discretionary review under G.S. 7A-31 denied 25 August 1982.

STATE v. THOMASON

No. 379P82.

Case below: 57 N.C. App. 601.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 August 1982.